IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 11:36 am, Nov 14, 2017

WILLIAM N. CASTILLO,

    Plaintiff,

v.

OFFICER TOLMAGE, et al.,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-55

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities, **DISMISSES** Plaintiff's claims against Defendants Hutcheson, Harvey, Howard, Rock, and Moe, and **DISMISSES** Plaintiff's retaliation and equal protection claims. Plaintiff's deliberate indifference to medical needs claims against Defendants Tolmage, McMilliam, Brown, Faes, Hester, Allen, Mobley, and Fugitt remain pending.

**SO ORDERED**, this 14th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA