IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM N. CASTILLO,

 Plaintiff,

v.

ROBERT TALMAGE, et al.,

 Defendants.

CIVIL ACTION NO.: 6:17-cv-55

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 30), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss, (doc. 18), and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Amended Complaint for failure to exhaust his available administrative remedies. The Court further **DENIES** Plaintiff *in forma pauperis* status on appeal and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 6th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA