# United States District Court
## Southern District of Georgia

WILLIAM N. CASTILLO,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617-055

ROBERT TALMAGE, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 6, 2018 adopting the Report and Recommendation as the opinion of the Court, that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is granted for failure to exhaust his administrative remedies. The Court further denies Plaintiff in forma pauperis status on appeal. This case stands closed.

09/06/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*